**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RANDY WOLLENMANN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05481

Judge Thomas M. Durkin

Magistrate Judge Albert Berry, III

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A [2] of the Complaint:

| No. | Defendants |
|---|---|
| 1 | hongdongxianmaoxiangjinshujiagongyouxiangongsi |
| 2 | XXMD |
| 3 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 4 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 5 | pingdingshanshiguanzhunshangmao |
| 6 | guoshengtong |
| 7 | xinxiangshibaofushizhenggongcheng |
| 8 | hefeiyijihuadianzishangwuyouxiangongsi |
| 9 | Lyeiuooe |
| 10 | wanghengmaiwazi |
| 11 | HanRuiZaiShengZiYuan |
| 13 | 智汇食安科技有限公司 |
| 14 | Decol Store |
| 16 | Solvanna |
| 17 | TrimGo |
| 18 | WS shuaikaiA |

| | |
|---|---|
| 19 | MindPuzzleLab |
| 20 | Haven Deals |
| 22 | Yiqian Puzzle |
| 23 | SUOJIANJISUODE local |
| 24 | wanmaCt |
| 25 | wanmaBf |

This terminates the action.

DATED: October 30, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 30, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt